`UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No. 2:17-cr-8
                                                 HON. PAUL L. MALONEY

JOHN RAMON HAUK, JR.,

        Defendant.
_____/

## **ORDER OF DETENTION**

       A detention hearing was held before the undersigned on March 22, 2017. Defendant appeared with counsel Beth LaCosse and Maarten Vermaat appeared for the government.

       For reasons stated on the record defendant shall be detained pending further proceedings.

       IT IS SO ORDERED.

                                                      */s/ Timothy P. Greeley*
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2017